IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50310
Summary Calendar
_____

RICHARD J. CARTER, JR.,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No.  W-95-CV-99
- - - - - - - - - -
January 19, 1998

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Richard J. Carter, Jr., appeals from the district court's judgment affirming the denial of his application for disability insurance benefits.  He argues that substantial evidence did not exist to support the finding that he was not disabled and that the appropriate legal standards were not applied.  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons stated by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the district court. <u>See</u> <u>Carter v. Chater</u>, No. W-95-CA-099 (W.D.

Tex. February 18, 1997).

AFFIRMED; MOTION FOR SUMMARY JUDGMENT DENIED.